United States Court of Appeals
Fifth Circuit

F I L E D

May 2, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-60852
Summary Calendar

_____

SCHWARZ K. SCOTT,

Plaintiff-Appellant,

versus

BAE SYSTEMS R O DEFENSE, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi, Hattiesburg
USDC No. 2:05-CV-2035

_____

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Assuming appellate jurisdiction, there is no abuse of discretion shown by

appellant. There was a scheduled conference known by counsel prior to Hurricane

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Katrina and no inquiry was made until four months after counsel had reopened her

office in January.

AFFIRMED.